# Exhibit A

## CONSENT TO JOIN WAGE CLAIM

Print Name: Courtni Butler

1. I hereby consent to participate in a collective action lawsuit against **Evernest Holdings, LLC D/B/A Evernest, LLC** to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at ANDERSON ALEXANDER, PLLC as my attorneys to prosecute my wage claims.

4. I intend to pursue my claim individually, unless and until the Court certifies this case as a collective action. I agree to serve as the Class Representative if the Court so approves. If someone else serves as the Class Representative, then I designate the Class Representative(s) as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, the entering of an agreement with the Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

5. I authorize the law firm and attorneys at ANDERSON ALEXANDER, PLLC to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against the company.

Signature: _/s/ Courtni Butler_    Date: 5/18/24 15:16 CDT

# Exhibit B

# CONSENT TO JOIN WAGE CLAIM

Print Name: <u>Kristy Reneman</u>

1. I hereby consent to participate in a collective action lawsuit against **EVERNEST HOLDINGS, LLC D/B/A EVERNEST, LLC** to pursue my claims of unequal compensation due to my sex during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Equal Pay Act and Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at ANDERSON ALEXANDER, PLLC as my attorneys to prosecute my wage claims.

4. I intend to pursue my claim individually, unless and until the Court certifies this case as a collective action. I agree to serve as the Class Representative if the Court so approves. If someone else serves as the Class Representative, then I designate the Class Representative(s) as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, the entering of an agreement with the Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

5. I authorize the law firm and attorneys at ANDERSON ALEXANDER, PLLC to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against the company.

Signature: _[signature]_   Date: 5/24/24