FILED
2025 Dec-05  PM 12:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **COURTNI BUTLER, et al.,** | }<br>}<br>} |
| **Plaintiffs,** | }<br>} |
| v. | } Case No.: 2:24-cv-673-ACA<br>} |
| **EVERNEST HOLDINGS LLC,** | }<br>}<br>} |
| **Defendant.** | } |

## FINAL ORDER

This matter is before the court on the parties' joint motion for approval of their settlement agreement. (Doc. 75).

"When employees bring a private action for back wages under the [Fair Labor Standards Act], and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The court has reviewed the parties' joint motion and attachments (docs. 75, 81) and finds that the proposed settlement agreement is a fair and reasonable resolution of bona fide disputes over FLSA provisions. *See id.* at 1354–55.

Accordingly, the court **GRANTS** the parties' joint motion for settlement approval (doc. 75) and **DISMISSES** this case **WITH PREJUDICE**.

The court **DIRECTS** the Clerk to close the file.

**DONE** and **ORDERED** this December 5, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE